IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SHOUNTARIO DEVON WALKER,**

    Petitioner,

v.                                                      Civil Action No. **3:13CV157**

**COMMONWEALTH OF VIRGINIA,**

    Respondent.

### MEMORANDUM OPINION

By Memorandum Order entered on May 3, 2013, the Court conditionally docketed Petitioner's action. On May 10, 2013, United States Postal Service returned the May 3, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER" and "INMATE UNKNOWN." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 9-3-13
Richmond, Virginia

/s/
James R. Spencer
United States District Judge